No. 84–6626. GANEY v. BRUNJES ET AL. Sup. Ct. N. C. Certiorari denied.

No. 84–6627. THOMAS v. ANGELONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–6628. SPRECK v. CHICAGO HOUSING AUTHORITY. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–6629. MOELLER v. SOLEM, WARDEN. Sup. Ct. S. D. Certiorari denied.

No. 84–6632. MARTIN v. WOODARD, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 84–6635. MATTHEWS v. OHIO. Ct. App. Ohio, Shelby County. Certiorari denied.

No. 84–6638. SMITH v. MANSKE ET AL. Sup. Ct. Kan. Certiorari denied.

No. 84–6640. MARK v. BROOKS ET AL. Ct. App. Wash. Certiorari denied.

No. 84–6641. SPAN v. MCCALL. C. A. 11th Cir. Certiorari denied.

No. 84–6642. PICKETT v. DUGGER, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–6647. COOPER v. RIEDERER ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–6658. BEACHBOARD v. MIDDLE STATES ASSOCIATION OF COLLEGES AND SCHOOLS. C. A. D. C. Cir. Certiorari denied.

No. 84–6675. MEADOWS v. HOLLAND, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–6685. WYNN v. FORD, SUPERINTENDENT, JACK T. RUTLEDGE CORRECTIONAL INSTITUTION. C. A. 11th Cir. Certiorari denied.